**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7100**

_____

RON TEARIA NICHOLAS,

                                    Petitioner - Appellant,

        versus

GERALDINE MIRO, Warden Allendale Correctional
Institution; CHARLES M. CONDON, Attorney
General of South Carolina,

                                    Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-01-4372-18BG)

_____

Submitted:  September 19, 2002      Decided:  September 30, 2002

_____

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ron Tearia Nicholas, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ron Tearia Nicholas seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Nicholas v. Miro, No. CA-01-4372-18BG (D.S.C. filed June 24, 2002, entered June 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED